FILED
2025 Dec-11 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

FILED

2025 DEC 11  P 12: 49

U.S. DISTRICT COURT
N.D. OF ALABAMA  AD

WILLIAM JOHNSON (William Joseph El), Pro Se,

Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

Defendant.

Case No.: _____

AMENDED COMPLAINT FOR DAMAGES

(Breach of Contract; Conversion; Unjust Enrichment; Breach of Fiduciary Duty;

Negligence; Gross Negligence; Alabama Deceptive Trade Practices Act Violations;

Electronic Funds Transfer Act Violations)

Plaintiff William Johnson ("Plaintiff"), appearing Pro Se, respectfully files this Amended Complaint against Defendant Capital One Bank (USA), N.A. ("Defendant"), and states as follows:

## I. INTRODUCTION

This action arises from Defendant's repeated unauthorized withdrawals from Plaintiff's bank account, its refusal to conduct a lawful investigation, and its willful disregard of Plaintiff's rights under the Electronic Funds Transfer Act ("EFTA"), 15 U.S.C. §1693 et seq.

Plaintiff suffered substantial financial losses, business collapse, credit damage, and personal hardship as a direct result of Defendant's unlawful conduct. Plaintiff seeks $5,000,000 in compensatory damages and $5,000,000 in punitive damages, for a total claim of Ten Million Dollars ($10,000,000).

## II. JURISDICTION AND VENUE

1. Jurisdiction is proper under the Electronic Funds Transfer Act, 15 U.S.C. §1693m(g).

2. Supplemental jurisdiction is proper under 28 U.S.C. §1367.

3. Venue is proper because Plaintiff resides in this District and the acts and omissions occurred within this District.

## III. PARTIES

4. Plaintiff William Johnson (William Joseph El) is an adult resident of Anniston, Alabama.

5. Defendant Capital One Bank (USA), N.A. is a national banking institution doing business in Alabama.

## IV. FACTUAL ALLEGATIONS

6. Plaintiff maintained an account with Defendant during 2022–2023.

7. Defendant made unauthorized withdrawals totaling approximately $5,000, with the exact amount to be established at trial after full accounting.

8. Plaintiff did not authorize these withdrawals.

9. Plaintiff provided Defendant with banking statements showing each unauthorized transaction.

10. Woodforest Bank independently confirmed the disputed withdrawals.

11. Defendant falsely stated it "did not see the transactions" and denied Plaintiff's dispute.

12. Defendant refused to conduct an investigation as required by 15 U.S.C. §1693f.

13. Defendant attempted to persuade Plaintiff to waive his rights by offering $1,500, later increasing the offer to $2,000 to avoid litigation.

14. Defendant's conduct resulted in catastrophic damage to Plaintiff, including loss of business operations, property losses, credit damage, and ongoing financial instability.

15. Plaintiff's automotive detail shop collapsed because the unauthorized withdrawals destabilized operating capital.

16. Plaintiff lost equity and income from rental properties due to Defendant's misconduct.

17. Plaintiff experienced emotional distress, reputational harm, and long-term financial hardship.

## V. INCORPORATION OF EXHIBITS

18. Plaintiff incorporates Ex. A–S.

19. These exhibits show a continuous pattern of unauthorized activity, Defendant's actual knowledge of the wrongful withdrawals, and Defendant's willful refusal to comply with 15 U.S.C. §1693f.

## VI. CAUSES OF ACTION

COUNT I – BREACH OF CONTRACT

COUNT II – CONVERSION

COUNT III – UNJUST ENRICHMENT

COUNT IV – BREACH OF FIDUCIARY DUTY

COUNT V – NEGLIGENCE & GROSS NEGLIGENCE

COUNT VI – ALABAMA DECEPTIVE TRADE PRACTICES ACT

COUNT VII – ELECTRONIC FUNDS TRANSFER ACT VIOLATIONS

## VII. PUNITIVE DAMAGES ALLEGATION

Defendant's conduct was malicious, oppressive, fraudulent, and in willful disregard of Plaintiff's rights. Plaintiff seeks $5,000,000 in punitive damages.

## VIII. DAMAGES

Plaintiff seeks business losses, equity loss, emotional distress, credit harm, statutory damages, return of unauthorized funds, and costs. Total damages sought: $10,000,000.

## IX. PRAYER FOR RELIEF

A. Compensatory damages of $5,000,000

B. Punitive damages of $5,000,000

C. Statutory damages under the EFTA

D. Attorney's fees and costs

E. Interest

F. Any further relief the Court deems just and proper.

## X. JURY DEMAND

Plaintiff demands trial by jury.

Respectfully submitted,

William Johnson (William Joseph El), Pro Se

369 English St

Anniston, AL 36201

478-444-1362

williamjohnson247@yahoo.com

Date: December 8, 2025

Exibit F

| Date | Amount | | Date | Amount |
|---|---|---|---|---|
| 1/30/23 | 193.09 | | 9/6/22 | 196.76 |
| 1/18/23 | 199.87 | | 8/9/22 | 155.50 |
| 1/3/23 | 196.96 | | 8/15/22 | 159.01 |
| 12/27/22 | 193.48 | | 8/3/22 | 296.37 |
| 12/9/22 | 179.44 | | 7/5/22 | 33.00 ? |
| 11/30/22 | 162.65 | | 6/3/22 | 31.00 ? |
| 11/23/22 | 187.12 | | 3/3/22 | 135.00 |
| 11/17/22 | 114.49 | | 2/8/22 | 135.00 |
| → 11/3/22 | 105.00 | | 1/4/22 | 25.00 ? |
| 10/1/22 | 185.15 | | | |
| 10/21/22 | 188.73 | | #3961 | |
| 10/14/22 | 156.06 | | 8882593021 Fax# | |
| → 10/13/22 | 120.00 | | | |
| 10/11/22 | 162.77 | | | |
| 10/3/22 | 175.91 | | | |
| 9/30/22 | 62.83 | | | |
| 9/15/22 | 299.91 | | | |

# Business Checking ...5703

| | Ledger Balance | Available Balance |
|---|---|---|
| | $3.74 | $3.74 |

Your available balance is equal to the amount of the current balance, plus or minus any pending transactions, and is available for your immediate use. Some items, such as checks, may not be available immediately upon deposit and will not be included in the available balance calculation. Your available balance does not include checks that you may have written that have not been presented to the bank.

## Transactions from December 28, 2022 to February 11, 2023

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| **February 2023** | | | | |
| FEB 11 | WAL-MART #0329 ANNISTON AL<br>CARD PURCHASE | $44.80 | | $723.78 |
| FEB 10 | APC EBILL 0484311042ANS ALABAMA POWER COID1630004250<br>DIRECT DEBIT | $600.00 | | $768.58 |
| FEB 10 | AT&T *PAYMENT 800-288-2020 TX<br>CARD PURCHASE | $162.43 | | $1,368.58 |
| FEB 08 | FACEBK 834ZFMFDY2 MENLO PARK CA<br>CARD PURCHASE | $25.00 | | $1,531.01 |
| FEB 08 | EXPERIAN* CREDIT REPOR 479-3436237 CA<br>CARD PURCHASE | $24.99 | | $1,556.01 |
| FEB 07 | MOBILE PMT 3R1LCDXHHOJ1N5N CAPITAL ONE COID9279744380<br>DIRECT DEBIT | $199.97 *Theft* | | $1,581.00 |
| FEB 06 | MOBILE PMT 3R0ZKBIFMEV6VZV CAPITAL ONE COID9279744380<br>DIRECT DEBIT | $195.65 *Theft* | | $1,780.97 |
| FEB 06 | CASHED CHECK | $2,000.00 | | $1,976.62 |
| FEB 06 | DEPOSIT | | $4,000.00 | $3,976.62 |
| FEB 06 | OD FEES RFND | | $64.00 | -$23.38 |
| FEB 05 | OVERDRAFT ITEM FEE | $32.00 | | -$87.38 |
| FEB 05 | SELF FINANCIAL INC 612-8085489 MN<br>CARD PURCHASE | $6.95 | | -$55.38 |
| FEB 04 | OVERDRAFT ITEM FEE | $32.00 | | -$48.43 |
| FEB 04 | JAILATM COM JONESBORO AR<br>CARD PURCHASE | $18.00 | | -$16.43 |
| FEB 03 | ACH PMT A3900 AMEX EPAYMENT COID0005000040<br>DIRECT DEBIT | $40.02 | | $1.57 |
| FEB 02 | E-PAYMENT 8815 DISCOVER COID3510020270<br>DIRECT DEBIT | $78.00 | | $41.59 |

*Woodforest Account Details*

*Exibit H*

## Transactions from December 28, 2022 to February 11, 2023

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| FEB 01 | PHONE PYMT 3R0JZRVMNLTQIDH CAPITAL ONE COID9541719386 <br> DIRECT DEBIT | $48.00 *Regular Payment* | | $119.59 |

### January 2023

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| JAN 31 | SERVICE CHARGE | $12.00 | | $167.59 |
| JAN 30 | MOBILE PMT 3QZP9J32B2M0CQJ CAPITAL ONE COID9279744380 <br> DIRECT DEBIT | $193.09 | | $179.59 |
| JAN 27 | 1000271039 WILLIAM JOHNSON RESOLVE INC COID7821027243 <br> DIRECT DEBIT | $5.00 | | $372.68 |
| JAN 27 | CASHED CHECK | $2,050.00 | | $377.68 |
| JAN 27 | DEPOSIT | | $1,380.00 | $2,427.68 |
| JAN 25 | 8778005577 WILLIAMJOHNSON FORTH-DEBTPAYGAT COID1208585167 <br> DIRECT DEBIT | $264.36 | | $1,047.68 |
| JAN 25 | XTREME CAR WASH 2 ANNISTON AL <br> CARD PURCHASE | $20.00 | | $1,312.04 |
| JAN 24 | ANNISTON WATER WORKS 256-241-2000 AL <br> CARD PURCHASE | $203.75 | | $1,332.04 |
| JAN 24 | ANNISTON WATER WORKS 256-241-2000 AL <br> CARD PURCHASE | $43.75 | | $1,535.79 |
| JAN 24 | DEPOSIT | | $900.00 | $1,579.54 |
| JAN 23 | PAYMENT 33607050 CREDIT ONE BANK COIDWEB000004 <br> DIRECT DEBIT | $247.70 | | $679.54 |
| JAN 23 | ACH PMT A0804 AMEX EPAYMENT COID0005000040 <br> DIRECT DEBIT | $62.00 | | $927.24 |
| JAN 21 | CHEVRON 0044792 ANNISTON AL <br> CARD PURCHASE | $45.00 | | $989.24 |
| JAN 21 | JAILATM COM JONESBORO AR <br> CARD PURCHASE | $33.00 | | $1,034.24 |
| JAN 19 | EXTRA IMRJGAWAP EXTRA EXTRA MEMBERSHIP 01/17 COID945440567 COID945440567 <br> DIRECT DEBIT | $12.00 | | $1,067.24 |
| JAN 19 | ZAXBY'S #34001 ANNISTON AL <br> CARD PURCHASE | $22.86 | | $1,079.24 |
| JAN 18 | MOBILE PMT 3QXL7NL8JR815KR CAPITAL ONE COID9279744380 <br> DIRECT DEBIT | $199.87 *Theft* | | $1,102.10 |
| JAN 18 | EXTRA IK9GLAKVY EXTRA EXTRA DAILY SPEND 01/15 COID945440567 COID945440567 <br> DIRECT DEBIT | $52.35 | | $1,301.97 |

Exibit I

## Transactions from December 28, 2022 to February 11, 2023

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| JAN 06 | ALACOURT.COM/ALAPAY MOBILE AL<br>CARD PURCHASE | $156.00 | | $426.03 |
| JAN 06 | ALACOURT.COM/ALAPAY MOBILE AL<br>CARD PURCHASE | $106.08 | | $582.03 |
| JAN 05 | EXTRA I6B7P4A6Y EXTRA EXTRA DAILY SPEND 01/03 COID945440567<br>COID945440567<br>DIRECT DEBIT | $45.32 | | $688.11 |
| JAN 05 | SELF FINANCIAL INC 612-8085489 MN<br>CARD PURCHASE | $6.95 | | $733.43 |
| JAN 03 | MOBILE PMT 3QUF1YW0UPHN0CB CAPITAL ONE COID9279744380<br>DIRECT DEBIT | $196.96 *Theft* | | $740.38 |
| JAN 03 | E-PAYMENT 8815 DISCOVER COID3510020270<br>DIRECT DEBIT | $75.00 | | $937.34 |
| JAN 03 | CRCARDPMT 3QUEILJGZHLOHOL CAPITAL ONE COID9541719318<br>DIRECT DEBIT | $47.00 *Regular Payment* | | $1,012.34 |
| JAN 03 | DEPOSIT | | $460.00 | $1,059.34 |
| JAN 02 | COUNTRY MUTU*AL INS CO 866-268-6879 IL<br>CARD PURCHASE | $147.25 | | $599.34 |

## December 2022

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| DEC 31 | SERVICE CHARGE | $12.00 | | $746.59 |
| DEC 30 | APC EBILL 4693302148ANS ALABAMA POWER COID1630004250<br>DIRECT DEBIT | $210.00 | | $758.59 |

# Business Checking ...5703

|  | Ledger Balance | Available Balance |
|---|---|---|
|  | $3.74 | $3.74 |

> Your available balance is equal to the amount of the current balance, plus or minus any pending transactions, and is available for your immediate use. Some items, such as checks, may not be available immediately upon deposit and will not be included in the available balance calculation. Your available balance does not include checks that you may have written that have not been presented to the bank.

### Your search has been limited to 120 days past the from date.

## Transactions from August 29, 2022 to December 27, 2022

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| **December 2022** | | | | |
| DEC 28 | EXTRA I27LNNM4Y EXTRA EXTRA DAILY SPEND 12/24 COID945440567 COID945440567 <br> DIRECT DEBIT | $110.58 | | $968.59 |
| DEC 28 | PAYMENT 33607050 CREDIT ONE BANK COIDWEB000004 COIDWEB000004 <br> DIRECT DEBIT | $100.00 | | $1,079.17 |
| DEC 28 | EXTRA INR77LKE4 EXTRA EXTRA DAILY SPEND 12/23 COID945440567 COID945440567 <br> DIRECT DEBIT | $92.41 | | $1,179.17 |
| DEC 28 | EXTRA ILV8VXOGP EXTRA EXTRA DAILY SPEND 12/26 COID945440567 COID945440567 <br> DIRECT DEBIT | $43.03 | | $1,271.58 |
| DEC 28 | EXTRA IO4284ANN EXTRA EXTRA DAILY SPEND 12/25 COID945440567 COID945440567 <br> DIRECT DEBIT | $34.98 | | $1,314.61 |
| DEC 28 | CASHED CHECK | $1,000.00 | | $1,349.59 |
| DEC 28 | WU *4487252677 877-989-3268 CO <br> CARD PURCHASE | $56.95 | | $2,349.59 |
| DEC 28 | DEPOSIT | | $400.00 | $2,406.54 |
| DEC 27 | EXTRA IZ566KL88 EXTRA EXTRA DAILY SPEND 12/22 COID945440567 <br> DIRECT DEBIT | $531.71 | | $2,006.54 |
| DEC 27 | 8778005577 WILLIAMJOHNSON DEBT PAY GATEWAY COID1208585167 <br> DIRECT DEBIT | $264.36 | | $2,538.25 |
| DEC 27 | ACH PMT W6560 AMEX EPAYMENT COID0005000008 <br> DIRECT DEBIT | $200.00 | | $2,802.61 |
| DEC 27 | MOBILE PMT 3N2PRA5BV2OCI2J CAPITAL ONE COID9279744380 <br> DIRECT DEBIT | $193.48 | | $3,002.61 |
| DEC 27 | 1000254096 WILLIAM JOHNSON RESOLVE INC COID7821027243 <br> DIRECT DEBIT | $5.00 | | $3,196.09 |
| DEC 27 | WAL-MART #0329 ANNISTON AL | $423.56 | | $3,201.09 |

*Exibit K* 

## Transactions from August 29, 2022 to December 27, 2022

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| DEC 06 | 🖼 DEPOSIT | | $2,000.00 | $6,472.88 |
| DEC 06 | 🖼 DEPOSIT | | $20.00 | $4,472.88 |
| DEC 05 | CRCARDPMT 3MXUJ6KO5IMJOG5 CAPITAL ONE COID9541719318 DIRECT DEBIT | $48.00 *Regular Payment* | | $4,452.88 |
| DEC 05 | EXTRA IVKEJX5KW EXTRA EXTRA DAILY SPEND 12/01 COID945440567 DIRECT DEBIT | $27.75 | | $4,500.88 |
| DEC 05 | SELF FINANCIAL INC 612-8085489 MN CARD PURCHASE | $6.95 | | $4,528.63 |
| DEC 02 | E-PAYMENT 8815 DISCOVER COID3510020270 DIRECT DEBIT | $76.00 | | $4,535.58 |
| DEC 02 | COUNTRY MUTU*AL INS CO 866-268-6879 IL CARD PURCHASE | $147.25 | | $4,611.58 |
| DEC 02 | 🖼 DEPOSIT | | $2,600.00 | $4,758.83 |

## November 2022

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| NOV 30 | SERVICE CHARGE | $12.00 | | $2,158.83 |
| NOV 30 | MOBILE PMT 3MX8AD3EKTAO8E3 CAPITAL ONE COID9279744380 DIRECT DEBIT | $162.65 *Theft* | | $2,170.83 |
| NOV 30 | 🖼 DEPOSIT | | $2,200.00 | $2,333.48 |
| NOV 28 | EXTRA IEWGMXGJ7 EXTRA EXTRA DAILY SPEND 11/23 COID945440567 DIRECT DEBIT | $55.99 | | $133.48 |
| NOV 28 | 1000239091 WILLIAM JOHNSON RESOLVE INC COID7821027243 DIRECT DEBIT | $5.00 | | $189.47 |
| NOV 28 | EXTRA WILLIAM JOHNSON EXTRA EXTRA DAILY SPEND 11/24 COID945440567 DIRECT DEPOSIT | | $8.30 | $194.47 |
| NOV 25 | 8778005577 WILLIAMJOHNSON DEBT PAY GATEWAY COID1208585167 DIRECT DEBIT | $264.36 | | $186.17 |
| NOV 25 | ACH PMT A3274 AMEX EPAYMENT COID0005000040 DIRECT DEBIT | $3.17 | | $450.53 |
| NOV 23 | EXTRA I5BE8NX77 EXTRA EXTRA DAILY SPEND 11/21 COID945440567 COID945440567 DIRECT DEBIT | $317.75 | | $453.70 |
| NOV 23 | MOBILE PMT 3MVRCDQZ0EQYIYJ CAPITAL ONE COID9279744380 DIRECT DEBIT | $187.12 *Theft* | | $771.45 |
| NOV 22 | EXTRA I2MJZJENY EXTRA EXTRA DAILY SPEND 11/19 COID945440567 COID945440567 DIRECT DEBIT | $71.44 | | $958.57 |

*Exibit L*

## Transactions from August 29, 2022 to December 27, 2022

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| NOV 22 | ACH PMT A1180 AMEX EPAYMENT COID0005000040<br>DIRECT DEBIT | $61.00 | | $1,030.01 |
| NOV 22 | EXTRA IRZBRNJXN EXTRA EXTRA DAILY SPEND 11/18 COID945440567<br>COID945440567<br>DIRECT DEBIT | $38.33 | | $1,091.01 |
| NOV 22 | EXTRA IGRJW6AP2 EXTRA EXTRA DAILY SPEND 11/20 COID945440567<br>COID945440567<br>DIRECT DEBIT | $34.88 | | $1,129.34 |
| NOV 22 | WM SUPERCENTER #329 ANNISTON AL<br>CARD PURCHASE | $35.04 | | $1,164.22 |
| NOV 22 | WAL WAL-MART SUPER 650820 ANNISTON AL<br>CARD PURCHASE | $8.77 | | $1,199.26 |
| NOV 21 | EXTRA INZWAVN24 EXTRA EXTRA DAILY SPEND 11/17 COID945440567<br>DIRECT DEBIT | $71.46 | | $1,208.03 |
| NOV 21 | EXTRA I4E27JRK9 EXTRA EXTRA MEMBERSHIP 11/17 COID945440567<br>DIRECT DEBIT | $12.00 | | $1,279.49 |
| NOV 21 | DEPOSIT | | $600.00 | $1,291.49 |
| NOV 18 | ACH PMT W6102 AMEX EPAYMENT COID0005000008<br>DIRECT DEBIT | $300.00 | | $691.49 |
| NOV 18 | EXTRA IO8GYOJYN EXTRA EXTRA DAILY SPEND 11/16 COID945440567<br>COID945440567<br>DIRECT DEBIT | $223.36 | | $991.49 |
| NOV 17 | MOBILE PMT 3MUHP5OPARHNXIZ CAPITAL ONE COID9279744380<br>DIRECT DEBIT | $114.49 *Theft* | | $1,214.85 |
| NOV 17 | EXTRA IVKL5B7KL EXTRA EXTRA DAILY SPEND 11/15 COID945440567<br>COID945440567<br>DIRECT DEBIT | $36.49 | | $1,329.34 |
| NOV 17 | COOKS PEST CONTROL - G GADSDEN AL<br>CARD PURCHASE | $99.00 | | $1,365.83 |
| NOV 17 | ABC*WORKOUT ANYTIME 888-8279262 AL<br>CARD PURCHASE | $19.99 | | $1,464.83 |
| NOV 17 | DEPOSIT | | $650.00 | $1,484.82 |
| NOV 16 | EXTRA IP9VK4Z8W EXTRA EXTRA DAILY SPEND 11/14 COID945440567<br>COID945440567<br>DIRECT DEBIT | $204.82 | | $834.82 |
| NOV 15 | EXTRA I5BEMYME7 EXTRA EXTRA DAILY SPEND 11/12 COID945440567<br>COID945440567<br>DIRECT DEBIT | $225.99 | | $1,039.64 |
| NOV 15 | EXTRA IWKYWP852 EXTRA EXTRA DAILY SPEND 11/11 COID945440567<br>COID945440567<br>DIRECT DEBIT | $89.98 | | $1,265.63 |

Exibit M

## Transactions from August 29, 2022 to December 27, 2022

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| NOV 15 | EXTRA I8KAPXNX5 EXTRA EXTRA DAILY SPEND 11/10 COID945440567 COID945440567 DIRECT DEBIT | $89.48 | | $1,355.61 |
| NOV 15 | EXTRA I96WPVO54 EXTRA EXTRA DAILY SPEND 11/13 COID945440567 COID945440567 DIRECT DEBIT | $54.73 | | $1,445.09 |
| NOV 15 | WORD ALIVE +12568315280 CA CARD PURCHASE | $200.00 | | $1,499.82 |
| NOV 14 | EXTRA IZ58G525M EXTRA EXTRA DAILY SPEND 11/09 COID945440567 DIRECT DEBIT | $53.27 | | $1,699.82 |
| NOV 14 | CASHED CHECK | $6,500.00 | | $1,753.09 |
| NOV 14 | DEPOSIT | | $4,500.00 | $8,253.09 |
| NOV 11 | WAL WAL-MART SUPER 001392 OXFORD AL CARD PURCHASE | $154.95 | | $3,753.09 |
| NOV 10 | KIA OF GADSDEN RAINBOW CITY AL CARD PURCHASE | $1,500.00 | | $3,908.04 |
| NOV 10 | ONLINE TRANSFER CREDIT | | $600.00 | $5,408.04 |
| NOV 08 | EXTRA IYK4X2Y54 EXTRA EXTRA DAILY SPEND 11/04 COID945440567 COID945440567 DIRECT DEBIT | $10.00 | | $4,808.04 |
| NOV 07 | APC EBILL 4693302148ANS ALABAMA POWER COID1630004250 DIRECT DEBIT | $203.41 | | $4,818.04 |
| NOV 07 | EXTRA I7PBOJLEO EXTRA EXTRA DAILY SPEND 11/03 COID945440567 DIRECT DEBIT | $32.07 | | $5,021.45 |
| NOV 05 | 5674 WORKOUT ANYTIME ANNISTON AL CARD PURCHASE | $15.00 | | $5,053.52 |
| NOV 05 | SELF FINANCIAL INC 612-8085489 MN CARD PURCHASE | $6.95 | | $5,068.52 |
| NOV 04 | EXTRA IL9M6E4RK EXTRA EXTRA DAILY SPEND 11/02 COID945440567 COID945440567 DIRECT DEBIT | $10.00 | | $5,075.47 |
| NOV 04 | DEPOSIT | | $3,000.00 | $5,085.47 |
| NOV 03 | APC EBILL 0484311042ANS ALABAMA POWER COID1630004250 DIRECT DEBIT | $296.48 | | $2,085.47 |
| NOV 03 | CRCARDPMT 3MRIOTPO56S2HDX CAPITAL ONE COID9541719318 DIRECT DEBIT | $105.00 Theft | | $2,381.95 |
| NOV 03. | APC EBILL 3643299042ANS ALABAMA POWER COID1630004250 DIRECT DEBIT | $82.21 | | $2,486.95 |
| NOV | E-PAYMENT 8815 DISCOVER COID3510020270 | $74.00 | | $2,569.16 |

## Transactions from August 29, 2022 to December 27, 2022

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| 02 | DIRECT DEBIT | | | |
| NOV 02 | COUNTRY MUTU*AL INS CO 866-268-6879 IL CARD PURCHASE | $147.25 | | $2,643.16 |
| NOV 01 | MOBILE PMT 3MQWDK3XH6NRKAJ CAPITAL ONE COID9279744380 DIRECT DEBIT | $185.15 | | $2,790.41 |
| NOV 01 | PAYMENT 33607050 CREDIT ONE BANK COIDWEB000004 COIDWEB000004 DIRECT DEBIT | $100.00 | | $2,975.56 |
| NOV 01 | EXTRA IXOXY7R7G EXTRA EXTRA DAILY SPEND 10/30 COID945440567 COID945440567 DIRECT DEBIT | $65.06 | | $3,075.56 |
| NOV 01 | EXTRA IYK4J252R EXTRA EXTRA DAILY SPEND 10/29 COID945440567 COID945440567 DIRECT DEBIT | $56.51 | | $3,140.62 |

## October 2022

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| OCT 31 | SERVICE CHARGE | $12.00 | | $3,197.13 |
| OCT 31 | PAYMENT 1023201163450 VENMO COID3264681992 DIRECT DEBIT | $50.00 | | $3,209.13 |
| OCT 28 | ONLINE TRANSFER CREDIT | | $1,000.00 | $3,259.13 |
| OCT 27 | 1000222152 WILLIAM JOHNSON RESOLVE INC COID7821027243 DIRECT DEBIT | $5.00 | | $2,259.13 |
| OCT 26 | ACH PMT A6032 AMEX EPAYMENT COID0005000040 DIRECT DEBIT | $269.17 | | $2,264.13 |
| OCT 26 | 221026P2 L21524646682 SQUARE INC COID9424300002 DIRECT DEPOSIT | | $16.46 | $2,533.30 |
| OCT 24 | ACH PMT A2210 AMEX EPAYMENT COID0005000040 DIRECT DEBIT | $61.00 | | $2,516.84 |
| OCT 24 | EXTRA IO8ZOGBBA EXTRA EXTRA DAILY SPEND 10/20 COID945440567 DIRECT DEBIT | $24.99 | | $2,577.84 |
| OCT 21 | MOBILE PMT 3MOSEPVHFLENBZV CAPITAL ONE COID9279744380 DIRECT DEBIT | $188.73 Theft | | $2,602.83 |
| OCT 21 | EXTRA IMEB4PAY4 EXTRA EXTRA DAILY SPEND 10/19 COID945440567 COID945440567 DIRECT DEBIT | $49.30 | | $2,791.56 |
| OCT 20 | BT1019 000000195848607 QUILL CORPORATIO COID3629529041 DIRECT DEBIT | $103.46 | | $2,840.86 |
| OCT 19 | EXTRA I96KJLPX7 EXTRA EXTRA MEMBERSHIP 10/18 COID945440567 COID945440567 DIRECT DEBIT | $12.00 | | $2,944.32 |
| OCT 18 | EXTRA IXOE7GJOR EXTRA EXTRA DAILY SPEND 10/14 COID945440567 COID945440567 | $43.10 | | $2,956.32 |

*Exibit O*

## Transactions from August 29, 2022 to December 27, 2022

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| | DIRECT DEBIT | | | |
| OCT 17 | ABC*WORKOUT ANYTIME 888-8279262 AL CARD PURCHASE | $19.99 | | $2,999.42 |
| OCT 15 | IN *KINGDOM ECONOMIC S ATLANTA GA CARD PURCHASE | $237.50 | | $3,019.41 |
| OCT 15 | STORE*BTJ WINGS +16506819470 CA CARD PURCHASE | $28.07 | | $3,256.91 |
| OCT 14 | ACH PMT W6652 AMEX EPAYMENT COID0005000008 DIRECT DEBIT | $432.74 | | $3,284.98 |
| OCT 14 | MOBILE PMT 3MNB2GBXLISFOMZ CAPITAL ONE COID9279744380 DIRECT DEBIT | $156.06 *Theft* | | $3,717.72 |
| OCT 14 | ACH PMT R4720 AMEX EPAYMENT COID0005000008 DIRECT DEBIT | $35.00 | | $3,873.78 |
| OCT 14 | DEPOSIT | | $800.00 | $3,908.78 |
| OCT 13 | ONLINE PMT 3MN2ZSJSPWCFLVP CAPITAL ONE COID9279744391 DIRECT DEBIT | $120.00 *Theft* | | $3,108.78 |
| OCT 13 | PAYMENT 1022873827413 VENMO COID3264681992 DIRECT DEBIT | $50.00 | | $3,228.78 |
| OCT 12 | ACH PMT W5238 AMEX EPAYMENT COID0005000008 DIRECT DEBIT | $3.01 | | $3,278.78 |
| OCT 11 | MOBILE PMT 3MM1WXWKC75DTA3 CAPITAL ONE COID9279744380 DIRECT DEBIT | $162.77 *Theft* | | $3,281.79 |
| OCT 11 | PAYMENT 1022818095781 VENMO COID3264681992 DIRECT DEBIT | $25.00 | | $3,444.56 |
| OCT 11 | EXTRA I4EL4ZKLJ EXTRA EXTRA DAILY SPEND 10/06 COID945440567 DIRECT DEBIT | $12.38 | | $3,469.56 |
| OCT 11 | AT&T *PAYMENT 800-288-2020 TX CARD PURCHASE | $299.87 | | $3,481.94 |
| OCT 11 | ANNISTON WATER WORKS 256-241-2000 AL CARD PURCHASE | $161.37 | | $3,781.81 |
| OCT 11 | ANNISTON WATER WORKS 256-241-2000 AL CARD PURCHASE | $61.07 | | $3,943.18 |
| OCT 11 | CASHOUT WILLIAM JOHNSON VENMO COID5264681992 DIRECT DEPOSIT | | $100.00 | $4,004.25 |
| OCT 07 | EXTRA I5BYYKYK5 EXTRA EXTRA DAILY SPEND 10/05 COID945440567 COID945440567 DIRECT DEBIT | $31.50 | | $3,904.25 |
| OCT 07 | ALACOURT.COM/ALAPAY MOBILE AL CARD PURCHASE | $208.00 | | $3,935.75 |
| OCT 05 | APC EBILL 0484311042ANS ALABAMA POWER COID1630004250 DIRECT DEBIT | $311.92 | | $4,143.75 |

*Exibit P*

## Transactions from August 29, 2022 to December 27, 2022

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| OCT 05 | APC EBILL 3643299042ANS ALABAMA POWER COID1630004250<br>DIRECT DEBIT | $108.09 | | $4,455.67 |
| OCT 05 | SQ *JAMES M SIMS LAW O ANNISTON AL<br>CARD PURCHASE | $200.00 | | $4,563.76 |
| OCT 05 | ALACOURT.COM/ALAPAY MOBILE AL<br>CARD PURCHASE | $156.00 | | $4,763.76 |
| OCT 05 | SELF FINANCIAL INC 612-8085489 MN<br>CARD PURCHASE | $6.95 | | $4,919.76 |
| OCT 05 | DEPOSIT | | $1,125.00 | $4,926.71 |
| OCT 04 | CRCARDPMT 3MKZ4CLEWBTZF5X CAPITAL ONE COID9541719318<br>DIRECT DEBIT | $49.00 *Regular Payment* | | $3,801.71 |
| OCT 03 | MOBILE PMT 3MKSK713L86WVP7 CAPITAL ONE COID9279744380<br>DIRECT DEBIT | $175.91 *Theft* | | $3,850.71 |
| OCT 03 | EXTRA IWKP4XP54 EXTRA EXTRA DAILY SPEND 09/29 COID945440567<br>DIRECT DEBIT | $127.50 | | $4,026.62 |
| OCT 03 | E-PAYMENT 8815 DISCOVER COID3510020270<br>DIRECT DEBIT | $75.00 | | $4,154.12 |
| OCT 02 | COUNTRY MUTU*AL INS CO 866-268-6879 IL<br>CARD PURCHASE | $167.25 | | $4,229.12 |
| OCT 02 | IN *KINGDOM ECONOMIC S ATLANTA GA<br>CARD PURCHASE | $160.00 | | $4,396.37 |
| OCT 01 | WAL-MART #0329 ANNISTON AL<br>CARD PURCHASE | $76.73 | | $4,556.37 |

## September 2022

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| SEP 30 | SERVICE CHARGE | $12.00 | | $4,633.10 |
| SEP 30 | EXTRA IZ59BG568 EXTRA EXTRA DAILY SPEND 09/28 COID945440567<br>COID945440567<br>DIRECT DEBIT | $109.45 | | $4,645.10 |
| SEP 30 | MOBILE PMT 3MKC8825WP0PV97 CAPITAL ONE COID9279744980<br>DIRECT DEBIT | $62.83 *Theft* | | $4,754.55 |
| SEP 30 | DEPOSIT | | $1,100.00 | $4,817.38 |
| SEP 29 | EXTRA IB5BPEBJM EXTRA EXTRA DAILY SPEND 09/27 COID945440567<br>COID945440567<br>DIRECT DEBIT | $49.50 | | $3,717.38 |
| SEP 29 | DEPOSIT | | $1,500.00 | $3,766.88 |
| SEP 28 | EXTRA IB5B5K7NA EXTRA EXTRA DAILY SPEND 09/26 COID945440567<br>COID945440567<br>DIRECT DEBIT | $36.94 | | $2,266.88 |

*Exibit Q*

## Transactions from August 29, 2022 to December 27, 2022

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| SEP 19 | ACCTVERIFY T200513649832 SQUARE INC COID9424300002 DIRECT DEPOSIT | $0.01 | | $9,667.59 |
| SEP 19 | ACCTVERIFY T200513649831 SQUARE INC COID9424300002 DIRECT DEPOSIT | | $0.01 | $9,667.60 |
| SEP 17 | ABC*WORKOUT ANYTIME 888-8279262 AL CARD PURCHASE | $19.99 | | $9,667.59 |
| SEP 16 | BT0915 000000191742041 QUILL CORPORATIO COID3629529041 DIRECT DEBIT | $146.56 | | $9,687.58 |
| SEP 16 | EXTRA I7PO749RE EXTRA EXTRA DAILY SPEND 09/14 COID945440567 COID945440567 DIRECT DEBIT | $29.03 | | $9,834.14 |
| SEP 16 | CASHED CHECK | $600.00 | | $9,863.17 |
| SEP 16 | TRANSFER TO NAVY FEDER 888-8426328 VA CARD PURCHASE | $255.00 | | $10,463.17 |
| SEP 16 | DEPOSIT | | $2,655.00 | $10,718.17 |
| SEP 15 | MOBILE PMT 3MH70I8SKC21S3F CAPITAL ONE COID9279744980 DIRECT DEBIT | $299.91 *Theft* | | $8,063.17 |
| SEP 15 | EXTRA IJJNWZZKR EXTRA EXTRA DAILY SPEND 09/13 COID945440567 COID945440567 DIRECT DEBIT | $36.62 | | $8,363.08 |
| SEP 13 | EXTRA IEW9JE877 EXTRA EXTRA DAILY SPEND 09/09 COID945440567 COID945440567 DIRECT DEBIT | $63.38 | | $8,399.70 |
| SEP 12 | ACH PMT R1970 AMEX EPAYMENT COID0005000008 DIRECT DEBIT | $640.18 | | $8,463.08 |
| SEP 12 | ADTPAPACH 320296151 ADT SECURITY SER COID8881323080 DIRECT DEBIT | $64.99 | | $9,103.26 |
| SEP 12 | EXTRA I5BZ8G2P5 EXTRA EXTRA DAILY SPEND 09/08 COID945440567 DIRECT DEBIT | $36.62 | | $9,168.25 |
| SEP 12 | PAYMENT 1022277071367 VENMO COID3264681992 DIRECT DEBIT | $20.00 | | $9,204.87 |
| SEP 10 | LOWE'S #2659 ANNISTON AL CARD PURCHASE | $1,015.00 | | $9,224.87 |
| SEP 09 | ACH PMT W2074 AMEX EPAYMENT COID0005000008 DIRECT DEBIT | $172.96 | | $10,239.87 |
| SEP 09 | PAYMENT 33607050 CREDIT ONE BANK COIDWEB000004 COIDWEB000004 DIRECT DEBIT | $100.00 | | $10,412.83 |
| SEP. 09 | IN *KINGDOM ECONOMIC S ATLANTA GA CARD PURCHASE | $75.00 | | $10,512.83 |
| SEP | COUNTRY MUTU*AL INS CO 866-268-6879 IL | $147.25 | | $10,587.83 |

*Exibit R*

# WOODFOREST™
### N A T I O N A L   B A N K

02/22/2023

WILLIAM JOSEPH JOHNSON

369 ENGLISH ST,
ANNISTON, AL, 36201-1470

Re: Disputed Transaction(s) on Account number ending in: 5703
CaseID: 19396743

Dear WILLIAM JOSEPH JOHNSON,

On 02/09/2023, you notified us of the following transactions, which you claimed to be unauthorized or in error.

| Date | Amount | Merchant |
|---|---|---|
| 09/14/22 | $ 299.91 | CAPITAL ONE |
| 09/29/22 | $ 62.83 | CAPITAL ONE |
| 10/02/22 | $ 175.91 | CAPITAL ONE |
| 10/10/22 | $ 162.77 | CAPITAL ONE |
| 10/13/22 | $ 156.06 | CAPITAL ONE |
| 10/20/22 | $ 188.73 | CAPITAL ONE |
| 10/31/22 | $ 185.15 | CAPITAL ONE |
| 11/16/22 | $ 114.49 | CAPITAL ONE |
| 11/22/22 | $ 187.12 | CAPITAL ONE |
| 11/29/22 | $ 162.65 | CAPITAL ONE |
| 12/08/22 | $ 179.44 | CAPITAL ONE |
| 12/26/22 | $ 193.48 | CAPITAL ONE |
| 01/02/23 | $ 196.96 | CAPITAL ONE |
| 01/17/23 | $ 199.87 | CAPITAL ONE |
| 01/29/23 | $ 193.09 | CAPITAL ONE |
| 02/05/23 | $ 195.65 | CAPITAL ONE |
| 02/06/23 | $ 199.97 | CAPITAL ONE |

This letter is to inform you that on 02/22/2023, your account was issued provisional credit as follows:

Claim Amount: 3054.08
Less your liability:
Fees and interest if applicable:

This is a temporary credit issued to your account until we have completed our investigation. The final resolution of your claim will be determined as quickly as possible, at which time you will be notified in writing with our results. You will have full use of these funds until our investigation has been completed.

Should you have any questions regarding this claim, please do not hesitate to contact us at 1-877-968-7962.

Sincerely,

Dispute Resolution Dept.

**MEMBER FDIC 🏠 EQUAL HOUSING LENDER • AN EQUAL OPPORTUNITY EMPLOYER**

Exibit S



P.O. Box 7889
The Woodlands, TX 77387-7889
832.375.2000
01/27/2023
1.877.968.7962 Toll-free

To Whom It May Concern:

Attached you'll find a copy of Mr. Johnson's statement showing where Capital One took our $296.37 from his account on 08/03/2022.

Please let me know if we can be of further assistance regarding this matter.

Thank you,

Tammy Parris

Branch Manager

U.S. Marshal Form USM-285

PROCESS RECEIPT AND RETURN

Plaintiff: William Johnson (William Joseph El), Pro Se

Defendant: Capital One Bank (USA), N.A.

SERVE:

Capital One Bank (USA), N.A.

Registered Agent: Corporation Service Company

100 Shockoe Slip, Floor 2

Richmond, VA 23219-4100

SEND NOTICE OF SERVICE TO:

William Johnson (William Joseph El), Pro Se

~~1709 W 10th St~~
369 English St.
Anniston, AL 36201

478-444-1362

williamjohnson247@yahoo.com

TYPE OF PROCESS:

Summons and Complaint (Federal)

SPECIAL INSTRUCTIONS:

Please serve the Registered Agent for Capital One Bank (USA), N.A. at the address above.

This is a federal civil action filed in the Northern District of Alabama.

PLAINTIFF'S SIGNATURE:

_____

DATE: _____

FOR U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

(Reserved for completion by U.S. Marshals Service)

William Johnson
369 English St.
Anniston, Al 36201

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7020 0640 0001 3098 3643

Retail

U.S. POSTAGE PAID
FCM LG ENV
ANNISTON, AL 36201
DEC 08, 2025

UNITED STATES
POSTAL SERVICE®

35203

$12.42

RDC 99

S2324P501269-66

SECURITY
DEC 11 2025
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

U.S. District Court
Northern District Of Alabama
Southern Division
Hugo L Black U.S. Courthouse
1729 5th Ave. N
Birmingham, Al
35203